December 31, 2021

# LETTER OF UNDERTAKING

Clerk of Court
United States District Court
Southern District of Florida
400 North Miami Avenue
Miami, FL 33128

      Re: In the Matter of the Complaint for Exoneration from or Limitation of Liability by Baywatch Boat Rentals, Tours and Charters, Inc. d/b/a Captain Joe's Boat Rentals, Tours & Charters, as owner of the 1984 31' Tiara motor vessel, bearing Hull Identification No. SSUT1396J485

To Whom It May Concern:

      Great Lakes Insurance SE understands that one or more claims have been asserted for damages as a result of an alleged incident occurring on or about April 18, 2021 involving the 1984 31' Tiara motor vessel referenced above, while the vessel was in the navigable waters of the United States in Miami-Dade County, Florida.

      We further understand that an action for exoneration from or limiation of liability has been filed by Petitioner regarding the foregoing vessel in the District Court for the Southern District of Florida.

      Pursuant to Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims, "a sum equal to the amount or value of the Petitioner's interest in the vessel and pending freight, or approved security therefore" must be deposited with the Court at a rate of six percent (6%) per annum from the date of the security. Rule F(1).

      Now, in consideration of the mandates of Rule F(1) and to secure the claims for the benefit of any claimants to the above-referenced action, we, Great Lakes Insurance SE, as P&I insurer for the vessel, pursuant to Policy No. CSRYP/184562 hereby agree that:

      1.    In the event that a final judgment, not subject to appeal, be entered against Petitioner Baywatch Boat Rentals, Tours & Charters, Inc. d/b/a Captain Joe's Boat Rentals, Tours & Charters, as owner of the 1984 31' Tiara motor vessel referenced above, or against the vessel *in rem*, then the undersigned agrees to pay and satisfy the final judgment up to but not exceeding Eight Thousand Five Hundred Dollars and 00/100 ($8,500.00), plus interest from April 18, 2021 and costs. This agreement to pay is without prejudice to any Claimant to obtain a judgment against

the Petitioner or the vessel in any amount that the Claimant may obtain. This Letter of Undertaking does not diminish any Claimant's rights to collect any judgment against the Petitioner or the vessel.

2. Nothing in this letter of undertaking shall be construed as a waiver of the rights and defenses of Great Lakes Insurance SE as set forth within the declaratory judgment action currently pending in the U.S. District Court for the Southern District of Florida. Great Lakes Insurance SE shall have the right to withdraw the security posted herein should the District Court in the above-referenced declaratory action decide in favor of Great Lakes Insurance SE, in which event Baywatch Boat Rentals, Tours & Charters d/b/a Captain Joe's Boat Rentals, Tours & Charters agrees to simultaneously post substitute security.

3. Upon Court order, we agree to file a bond in form and sufficiency with a surety satisfactory to the Court in the above amount securing any claim against the Petitioner or the vessel in the above-referenced case. In the event the bond referred to above is filed, Great Lakes Insurance SE shall have no further responsibility under this Letter of Undertaking.

4. The rights of all parties shall stand and be exactly the same as they would have been had the funds been deposited with the court in the form of cash. We reserve all rights, defenses, and objections to contest such claims which may be filed in the above-referenced case.

5. Great Lakes Insurance SE may be served with notice of amounts due under this Letter of Undertaking by serving Charles S. Davant, Esq. at the law office of Davant Law, P.A., 12 Southeast 7th Street, Suite 601, Fort Lauderdale, FL 33301 during regular business hours. Should any dispute arise in respect of any demand for payment under this Letter of Undertaking, it is hereby agreed that such dispute may be referred for resolution to the above-referenced Court. This provision shall apply only to this Letter of Undertaking and shall not be construed as a general waiver of any rights of Great Lakes Insurance SE or the general appiontment of any agent for service of process.

6. It is understood and agreed that the execution of this letter of undertaking by Charles S. Davant, as attorney-in fact on behalf of Underwriters, shall not be construed as binding upon Charles S. Davant or Davant Law, but is to be binding upon the undersigned insurer.

In the event the proceedings referred to in Paragraph 1 are terminated or dismissed without judgment being rendered in your favor, or in the event that payment of your claim or of an agreed settlement is made to you, this letter of undertaking shall be returned to Underwriters c/o Charles S. Davant, Davant Law, P.A. at the address in paragraph 5 above.

This letter is written entirely without prejudice to any rights or defenses which the said Vessel and/or Owners of the said Vessel may have, none of which is to be regarded as waived.

Very truly yours,

**GREAT LAKES INSURANCE SE**

By: _____

Charles S. Davant
Davant Law, P.A.
As Attorney-In-Fact for the above limited purpose only, as per emailed authority received from Great Lakes Insurance SE