UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

"IN ADMIRALTY"

CASE NO. 21:cv-24488-KMW

IN THE MATTER OF THE COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY BY BAYWATCH BOAT RENTAL TOURS AND CHARTERS d/b/a CAPTAIN JOE'S BOAT RENTAL TOURS & CHARTERS, AS OWNERS OF THE 1984 31' TIARA MOTOR VESSEL BEARING HULL IDENTIFICATION NUMBER SSUT1396J485,

    Petitioner,

_____/

## PETITIONER'S RESPONSE TO ORDER REGARDING NOTICE

Petitioner, BAYWATCH BOAT RENTAL TOURS AND CHARTERS d/b/a CAPTAIN JOE'S BOAT RENTAL TOURS & CHARTERS, as owner of the 1984 31' TIARA motor vessel bearing hull identification number SSUT1396J485 (hereinafter "PETITIONER"), hereby responds to this Court's Order Requiring Petitioner to file a report regarding notice of the instant action, ECF 18, and states as follows:

1. On June 28, 2022, the Court entered an Order approving Petitioner's Letter of Undertaking, Directing Issuance of Notice and Restraining Suits against Petitioner except in this action (hereinafter the "Notice Order". ECF 11.

2. The Notice Order requried, *inter alia*, that Petitioner:

    a. Publish the notice in an approved newspaper as required by Local Admiralty Rule A(7) weekly for four consecutive weeks.

        i. Petitioner complied with the publication requirement. See Exhibit 1, attached hereto.

    b. Send written notice to all known potential claimants, including Chantavia Bethel[1] via her attorney Sekou Gary, Esq., in accordance with Rule F via Federal Express.

        i. Petitioner complied with this requirement. <u>See Exhibit 2, attached hereto</u>.

    c. If Petitioner was in possession of the last known address of John Kent, Jr., Petitioner was also required to send written notice to Mr. Kent's last known address.

        i. Petitioner did not, and does not, have a last known address for Mr. Kent, and as such, was unable to comply with this requirement.

Petitioner is not aware of any other potential claimants except for Ms. Bethel, and no potential claimants have filed claims or communicated with counsel for Petitioner regarding this incident.

Accordingly, Petitioner is in compliance with Magistrate McAliley's Order regarding Notice.

WHEREFORE, Petitioner respectfully requests this Court enter an Order granting Petitioner's Motion for Entry of Final Default Judgment.

Dated: June 16, 2023

        *Respectfully submitted*,

        /s/ *Craig P. Liszt*
        **Jonathan W. Skipp**
        Florida Bar No. 710570
        jskipp@admiral-law.com
        **Craig P. Liszt**
        Florida Bar No. 63414
        cliszt@admiral-law.com
        HORR, SKIPP, & PEREZ P.A.

---

[1] Ms. Bethel was represented to be the surviving mother of the decedent, and as such, Petitioner communicated directly with her attorney, Sekou Gary, Esq.

>Two Datran Center, Suite 1700
>9130 South Dadeland Blvd.
>Miami, FL  33156
>Telephone: (305) 670-2525
>Facsimile:  (305) 670-2526

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on June 16, 2022, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

>  /s/ Craig P. Liszt
> **Craig P. Liszt**
> Florida Bar No. 63414
> cliszt@admiral-law.com

## SERVICE LIST

**Jonathan W. Skipp**
Florida Bar No. 710570
jskipp@admiral-law.com
**Craig P. Liszt**
Florida Bar No. 63414
cliszt@admiral-law.com
HORR, SKIPP, & PEREZ P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Petitioner*