**MIAMI-DADE**

**STATE OF FLORIDA**
**COUNTY OF MIAMI-DADE:**

Before the undersigned authority personally appeared GUILLERMO GARCIA, who on oath says that he or she is the DIRECTOR OF OPERATIONS, Legal Notices of the Miami Daily Business Review f/k/a Miami Review, a daily (except Saturday, Sunday and Legal Holidays) newspaper, published at Miami in Miami-Dade County, Florida; that the attached copy of advertisement, being a Legal Advertisement of Notice in the matter of

21-CV-24488-KMW
NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY - BAYWATCH BOAT RENTAL TOURS AND CHARTERS D/B/A CAPTAIN JOE'S BOAT RENTAL TOURS & CHARTERS

in the U.S. DISTRICT Court,
was published in said newspaper by print in the issues of and/or by publication on the newspaper's website, if authorized, on

07/11/2022 07/18/2022 07/25/2022 08/01/2022

Affiant further says that the newspaper complies with all legal requirements for publication in chapter 50, Florida Statutes.

_(signature)_

Sworn to and subscribed before me this
1 day of AUGUST, A.D. 2022

_(signature)_

(SEAL)
GUILLERMO GARCIA personally known to me

MARIA I. MESA
Notary Public - State of Florida
Commission # GG 956667
My Comm. Expires Mar 4, 2024
Bonded through National Notary Assn.

---

**NOTICE TO CLAIMANTS OF COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
"IN ADMIRALTY"
CASE NO. 21:cv-24488-KMW

IN THE MATTER OF THE COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY BY BAYWATCH BOAT RENTAL TOURS AND CHARTERS d/b/a CAPTAIN JOE'S BOAT RENTAL TOURS & CHARTERS, AS OWNERS OF THE 1984 31' TIARA MOTOR VESSEL BEARING HULL IDENTIFICATION NUMBER SSUT1396J485,
Petitioner,

Notice is given that the above-named Petitioner has filed a Complaint, pursuant to 46 U.S.C. §30505 et. seq. for exoneration from or limitation of liability for all claims for any damages or injuries, arising out of or occurring as a result of an Incident involving 1984 31' TIARA motor vessel bearing hull identification number SSUT1396J485 on the navigable waters near Miami-Dade, Florida, on or about April 18, 2021, as more fully described in the Complaint.

All persons having such claims must file their respective claims, as provided in Supplemental Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, with the Clerk of this Court at the United States District Courthouse for the Southern District of Florida, 400 N. Miami Ave, Miami, Florida 33128 and must serve a copy thereof on the attorneys for Petitioner at **HORR, NOVAK & SKIPP, PA,** 9130 South Dadeland Blvd, Suite 1700, Miami, Florida 33156, on or before the 16th day of August, 2022 or be defaulted.

21-CV-24488-KMW

If any claimant desires to contest either the right to Exoneration From or the right to Limitation of Liability he shall file and serve on the attorneys for Petitioner an answer to the complaint on or before the aforesaid date unless his claim has included an answer, so designated, or be defaulted.

DATED this 28 day of June, 2022.

Angela E. Noble
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: C. Davis
Deputy Clerk
7/11-18-25 8/1   22-10/0000607023M



2/2