**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 21-24488-CV-WILLIAMS**

IN THE MATTER OF THE COMPLAINT
FOR EXONERATION FROM OR LIMITATION
OF LIABILITY BY BAYWATCH BOAT
RENTALS, TOURS & CHARTERS, INC. d/b/a
CAPTAIN JOE'S BOAT RENTALS, TOURS &
CHARTERS, AS OWNERS OF THE 1984 31'
TIARA MOTOR VESSEL BEARING HULL
IDENTIFICATION NUMBER SSUT1396J485,

    Petitioner,
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Eduardo I. Sanchez's Report and Recommendation (DE 20) ("*Report*") on Petitioner's Motion for Entry of Final Default Judgment against all Potential Claimants (DE 15) ("*Motion*"). In the Report, Magistrate Judge Sanchez recommends that the Court grant Petitioner's Motion. (DE 20 at 1.) No Party filed objections to the Report and the time to file objections has passed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 20) is **AFFIRMED AND ADOPTED**.
2. Petitioner's Motion (DE 15) is **GRANTED**.
3. The Court will separately enter an order of final default judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>4th</u> day of August, 2023.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE